# IN THE SUPREME COURT OF THE STATE OF NEVADA

DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING LLC,
             Appellant,
vs.
PARADISE HARBOR PLACE TRUST;
AND CORTEZ HEIGHTS
HOMEOWNERS ASSOCIATION,
             Respondents.

No. 70511

**FILED**

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

Respondent Cortez Heights Homeowners Association has filed a motion to dismiss this appeal for lack of jurisdiction. Appellant opposes the motion and respondent has filed a reply. After reviewing the motion, opposition, reply, and the documents on file in this matter, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev.

16-25941

340, 810 P.2d 1217 (1991); *Rae v. All Am. Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Accordingly, we grant the motion to dismiss and we ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Pickering

cc:     Hon. Susan Johnson, District Judge
        Brooks Hubley LLP
        Gordon & Rees, LLP
        Law Offices of Michael F. Bohn, Ltd.
        Eighth District Court Clerk

---

[1]Respondent's request for attorney fees and sanctions is denied.

SUPREME COURT
OF
NEVADA

(O) 1947A